725 A.2d 675

IN THE MATTER OF JOAN ATKINS PORRO,
AN ATTORNEY AT LAW.

March 23, 1999.

## ORDER

**JOAN ATKINS PORRO** of **LYNDHURST**, who was admitted to the bar of this State in 1980, having been convicted in the United States District Court for the District of New Jersey of three counts of mail fraud (18 U.S.C.A. 1341 and 2), one count of money laundering (18 U.S.C.A. 1957(a) and 2), one count of conspiracy to obstruct justice (18 U.S.C.A. 374), one count of tax evasion (26 U.S.C.A. 7201 and 18 U.S.C.A. 2) and four counts of false subscription on a tax return (26 U.S.C.A. 7206(1)), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOAN ATKINS PORRO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOAN ATKINS PORRO** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **JOAN ATKINS PORRO** comply with *Rule* 1:20–20 dealing with suspended attorneys.